**BLANK ROME LLP**
*A Pennsylvania LLP*
Jason E. Reisman (ID #030031994)
Ethan M. Simon (ID #111812014)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5598
Facsimile: (215) 569-5555
jreisman@blankrome.com

*Counsel for Defendant Trippe Manufacturing Company d/b/a Tripp Lite*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHARLES SINGLETARY,<br><br>                    Plaintiff,<br><br>          v.<br><br>TRIPPE MANUFACTURING CO.<br>d/b/a TRIPP LITE,<br><br>                    Defendant. | Case No. 3:18-cv-09525-BRM-DEA<br><br>Hon. Brian R. Martinotti, U.S.D.J.<br>Hon. Douglas E. Arpert, U.S.M.J.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Trippe Manufacturing Co. d/b/a Tripp Lite ("Defendant" or "Tripp Lite"), by and through its attorneys, hereby states that Tripp Lite is a privately held Illinois corporation.  Tripp Lite has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 17, 2018

**BLANK ROME LLP**

/s/ Jason E. Reisman
Jason E. Reisman (ID #030031994)
Ethan M. Simon (ID #111812014)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5598
Facsimile: (215) 569-5555
jreisman@blankrome.com

- and -

Chad W. Moeller (*pro hac vice pending*)
Alexis M. Dominguez (*pro hac vice pending*)
NEAL, GERBER & EISENBERG, LLP
2 North LaSalle Street, Suite 1700
Chicago, IL 60602
Telephone: (312) 269-8000
Facsimile: (312) 429-3518
cmoeller@nge.com
adominguez@nge.com

*Counsel for Defendant Trippe*
*Manufacturing Company d/b/a Tripp Lite*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 17, 2018, he caused the foregoing Corporate Disclosure Statement to be electronically filed with the Clerk of the United States District Court for the District of New Jersey using the Court's ECF system, which shall send notification of such filing to all counsel of record who have registered to receive notice via that system.

/s/ Jason E. Reisman
Jason E. Reisman